No. 3896.—Arcadio Reyes, demandante y apelante, v. Central Pasto Viejo, Inc., demandada y apelada.—Daños y perjuicios. C. D. Humacao. Jun. 21, 1926. Vistas la moción sobre desestimación y las reglas 42 y 58 de este tribunal, apareciendo que los autos de apelación fueron radicados en la secretaría de este tribunal el día 12 de abril, 1926, sin que el apelante hasta la fecha haya presentado su alegato o solicitado prórroga alguna para ello, y no habiendo comparecido por escrito o en la vista de dicha moción para oponerse a la misma, *se declara* con lugar la referida moción y se desestima el recurso.

No. 3917.—Campos, apldo., v. The Lancashire Insurance Co., aplte.—C. D. Ponce. Cobro de póliza. Jun. 22, 1926. Por los fundamentos del caso No. 3914 de *Farinacci* v. *Niagara Fire Insurance Co.* de jun. 22, 1926, (p. 1068) se deja sin efecto la resolución de mayo 28, 1926 entre las mismas partes desestimando la apelación y se declara sin lugar la moción de desestimación, quedando así restablecido el caso en el calendario de esta corte para los fines procedentes.